| | |
|---|---|
| 1 | TIMOTHY D. COHELAN, ESQ. (60827) |
|   | ISAM C. KHOURY, ESQ. (58759) |
| 2 | DIANA KHOURY, ESQ. (128643) |
|   | COHELAN & KHOURY |
| 3 | 605 C Street, Suite 200 |
|   | San Diego, CA 92101-5305 |
| 4 | Tel: 619-595-3001 |
|   | Fax: 619-595-3000 |

1  TIMOTHY D. COHELAN, ESQ. (60827)
   ISAM C. KHOURY, ESQ. (58759)
2  DIANA KHOURY, ESQ. (128643)
   COHELAN & KHOURY
3  605 C Street, Suite 200
   San Diego, CA 92101-5305
4  Tel: 619-595-3001
   Fax: 619-595-3000

5  MICHAEL J. PROCOPIO, ESQ. (137318)
   JILL S. KRAMER, ESQ. (172229)
6  LAW OFFICES OF MICHAEL J. PROCOPIO
   2677 N. Miami Street, Suite 860
7  Santa Ana, CA 92705
   Tel: 714-541-1550
8  Fax: 714-541-1770

9  H. TIM HOFFMAN, ESQ. (49141)
   ARTHUR W. LAZEAR, ESQ. (83603)
10 MORGAN M. MACK, ESQ. (212659)
   HOFFMAN & LAZEAR
11 180 Grand Avenue, Suite 1550
   Oakland, CA 94612
12 Tel: 510-763-5700
   Fax: 510-835-1311
13

14 MARK R. THIERMAN, ESQ.                    DARYL S. LANDY, ESQ. (136288)
   THIERMAN LAW FIRM                         MORGAN, LEWIS & BOCKIUS LLP
15 7287 Lakeside Drive, Suite 101            2 Palo Alto Square
   Reno, NV 89511                            3000 El Camino Real, Suite 700
16 Tel: 877-995-2267                         Palo Alto, CA 94306
   Fax: 775-703-5027                         Tel: 650-843-7561
17                                           Fax: 650-843-4001

18 ATTORNEYS FOR PLAINTIFFS                  ATTORNEYS FOR DEFENDANTS

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURKE and LINDA GIUSTI-MANGIAMELI, individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC., and CITIGROUP INC.,<br><br>Defendants. | Case Nos. CV 06-7550 ABC (PJWx)<br><br>CLASS ACTION<br><br>**DECLARATION OF ANGELI MURTHY**<br><br>DATE:<br>TIME:<br>CRTRM: 680<br>JUDGE: Hon. Audrey B. Collins |

1. I am an associate in the Philadelphia office of the law firm of Morgan, Lewis & Bockius, LLP, which represents the Defendants in this action.

2. Pursuant to the Stipulation and Settlement Agreement entered into by the parties to the above-captioned matter, and in accordance with the terms of the Class Action Fairness Act of 2005 ("CAFA"), on April 14, 2008, I caused to be delivered to the United States Attorney General and Attorneys General of Arizona, California, Colorado, Kansas, New Mexico, Puerto Rico and Texas, the following documents from this action:

   1. a copy of the First Amended and Consolidated Class and Collective Action Complaint;

   2. the proposed forms of notification to class members of the proposed class and collective action settlement, which include the Notice of Class Action and Pending Settlement, the Settlement Claim Certification Form, and the Consent to Join Settlement Form;

   3. the Stipulation and Settlement Agreement in this action;

        4.     a list of class members identified from the Defendants' available records as residing, or having resided, in the Attorneys' General's state and, as of April 14, 2008, the estimated proportionate share of the claims of such members to the entire settlement.

        3.     The Attorneys General to whom I caused CAFA notices to be sent were the Attorneys General of those states in which class members currently resided based on the most current address information available to Defendants.

        4.     The CAFA Notices sent also informed each recipient that if he or she wished to comment on the settlement, he or she was required to do so within 90 days of being served with the CAFA Notice.

        5.     As of today's date, we have received no comment from any Attorney General to whom I caused a CAFA Notice to be sent in this matter.

I declare under penalty of perjury under the laws of the United States of America and the Commonwealth of Pennsylvania that the foregoing is true and correct, and that this declaration was executed on September 26, 2008 in Philadelphia, Pennsylvania.

Dated: September 26, 2008

_____
Angeli Murthy