UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA BURKE and LINDA GIUSTI-MANGIAMELI, individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC., and CITIGROUP INC.,<br><br>Defendants. | Case No. CV 06-7550 ABC (PJWx)<br><br>**DECLARATION OF AMANDA J. MYETTE IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Amanda J. Myette, have been fully sworn according to law, depose and say as follows:

1. I am a Project Manager for Rust Consulting, Inc. ("Rust Consulting"). My business address is 625 Marquette Avenue, Suite 880, Minneapolis, Minnesota 55402-2469. My telephone number is 612-359-2022. I am over twenty-one years of age and authorized to make this declaration on behalf of Rust Consulting and myself.

2. Rust Consulting has extensive experience in class action matters, having provided services in class action lawsuits affecting millions of Class Members in cases involving antitrust, securities fraud, property damage, employment discrimination, employment wage and hour, product liability,

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20843367.3

1

DECLARATION OF AMANDA J. MYETTE
ISO FINAL APPROVAL OF CLASS SETTL.
CASE NO. CV 06-7550 ABC (PJWX)

insurance and consumer issues. We have provided notification and/or claims administration services for more than 1,000 class action cases. Of these, more than 300 were Labor & Employment cases.

3. Rust Consulting was engaged by Counsel for the Class Representative ("Plaintiff") and Counsel for CITMORTGAGE, INC. and CITIGROUP, INC. ("Citi") (collectively the "Parties"), to provide settlement administration services in the *Burke and Giusti-Mangiameli v. CitiMortgage, Inc.*, Settlement ("Settlement"). Duties included: a) verifying and updating if necessary the address of each class member; b) printing and mailing of *Notice of Class Action and Pending Settlement, Settlement Claim Certification Form and Consent to Join Settlement Form* ("Class Notice"); c) receipt of undeliverable Class Notices; d) performing standard current address "skip traces" for all Class Notices returned in an envelope marked "Return to Sender"; e) re-mailing Class Notices; f) mailing reminder postcards to Class Members; g) receipt and validation of *Claim Forms* and requests for exclusion; h) calculation of claim payments, and will also include distribution of funds and tax-reporting following final approval; i) mailing of settlement checks and; j) answering questions from class members.

4. Rust Consulting obtained a Post Office box (under the name of CitiMortgage Claims Administrator, P.O. Box 760, Minneapolis, MN 55440-760), for receiving *Settlement Claim Certification Forms ("Claim Forms"), Consent to Join Settlement Forms ("Consent Forms")* and requests for exclusions, dispute requests and undeliverable Class Notices. Rust Consulting also obtained a toll free fax line for receiving *Claim Forms, Consent Forms* and requests for exclusions. The toll free fax line included in the Notice was 1-866-903-0639.

5. A toll-free telephone number was included in the Notice for the purpose of allowing the Class Members to call Rust Consulting and to make inquiries regarding the Settlement. The toll-free telephone number included in the Notice was 1-866-403-0682.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20843367.3

2

DECLARATION OF AMANDA J. MYETTE
ISO FINAL APPROVAL OF CLASS SETTL.
CASE NO. CV 06-7550 ABC (PJWX)

6. On or about May 28, 2008, Rust Consulting received text for the Class Notice prepared by the counsel for the Parties and forwarded by counsel for the Plaintiffs. A draft of the Class Notice was prepared by Rust Consulting and approved by the Parties. The final court-approved Class Notice is attached hereto as **Exhibit "A"**. The Class Notice advised Class Members they could submit a letter of exclusion post-marked on or before August 11, 2008, or a *Claim Form* and *Consent Form* post-marked on or before August 11, 2008. Also mailed to the Class with the Class Notice were the *Claim Form* attached hereto as **Exhibit "B"** and the *Consent Form* attached hereto as **Exhibit "C"**.

7. On or about May 29, 2008, Counsel for Citi provided Rust Consulting with a secure mailing list ("Class List") containing Class Member name, last known address, Social Security number and for each class member their respective work months during the Class period. The Class List contained data for 895 Class Members.

8. Rust Consulting processed and updated the mailing addresses contained in the Class List utilizing the National Change of Address Database ("NCOA") maintained by the U.S. Postal Service. The NCOA contains requested changes of address filed with the U.S. Postal Service. In the event that any individual had filed a U.S. Postal Service change of address request, the address listed with the NCOA would be utilized in connection with the mailing of the Notices.

9. On June 12, 2008, Rust Consulting mailed Class Notices to 895 potential Class Members contained in the Class List via First Class mail.

10. As of this date, five Class Notices were returned by the post office with a forwarding address attached and were promptly mailed via the US Postal Service.

11. 102 Class Notices were returned as undeliverable with no forwarding address. Rust Consulting promptly performed address traces on all undeliverable

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20843367.3

3

DECLARATION OF AMANDA J. MYETTE
ISO FINAL APPROVAL OF CLASS SETTL.
CASE NO. CV 06-7550 ABC (PJWX)

1  Class Notices not returned with a forwarding address. The address trace utilized
2  the Class Member's name, previous address and Social Security number for
3  locating a current address. Of the traces performed, Rust Consulting obtained 98
4  updated addresses and promptly remailed Class Notices to those Class Members via
5  First Class mail. As of this date, only four Class Notices were returned for which
6  Rust Consulting was not able to locate forwarding information.

7      12.    On July 16, 2008, Rust Consulting mailed a reminder postcard to the
8  795 Class Members who had not responded to the initial mailing. A copy of the
9  reminder postcard is attached hereto as **Exhibit "D"**.

10     13.    Rust Consulting is responsible for receipt of all *Claim Forms* and
11 *Consent Forms* for the Settlement. As of this date, Rust Consulting has received a
12 total of 331 sets of forms, which the Parties agree qualify for payment.

13     14.    Rust Consulting is responsible for receipt of all requests for exclusion
14 for the Settlement. As of this date, Rust Consulting has received a total of zero
15 requests for exclusions.

16     15.    As of this date, Rust Consulting has received no objections to the
17 settlement.

18     16.    The most current status report is attached hereto as **Exhibit "E"**.

19     17.    As of this date, 128 of the 331 Class members "disputed" the work
20 months printed on their respective Claim Forms. The Parties and Rust Consulting
21 reviewed these 128 disputes and determined that none had merit. None included
22 documentation sufficient to support a claim that the Class Member's total months
23 worked in the relevant position exceeded the number of work months in Citi's
24 records and printed on the *Claim Form*.

25     18.    The total work months claimed by the Participating Class Members is
26 5,738. This equals 45.83% of the total work months of all Class Members. In
27 addition, Class Members have claimed 45.83% of the net settlement.

28     19.    The net settlement to be paid to the Class is $6,134,374.60. This

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20843367.3

4

DECLARATION OF AMANDA J. MYETTE
ISO FINAL APPROVAL OF CLASS SETTL.
CASE NO. CV 06-7550 ABC (PJWX)

amount was determined by subtracting the attorneys' fees and costs ($2,100,000.00 and $25,000.00), class representative awards ($50,000.00), the maximum amount estimated for Rust Consulting fees ($36,625.40) and a payment to the California Labor and Workforce Development Agency ($54,000.00) from the settlement amount of $8,400,000.00.

20. Rust Consulting has calculated that the monthly rate to pay claimants is $490.01 per month. The average award is $8,494.49, and the highest award is $34,300.70. The total payment amount is $2,811,677.88.

21. Rust Consulting has incurred $24,050.54 through the present and estimates it will incur a total of $36,625.40 in costs associated with the administration of the Settlement and completion of its duties under the settlement. The current invoice is attached hereto as **Exhibit "F"**.

22. I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge. Executed this the 26th day of September 2008, in Minneapolis, Minnesota.

_____
Amanda J. Myette

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20843367.3

5

DECLARATION OF AMANDA J. MYETTE
ISO FINAL APPROVAL OF CLASS SETTL.
CASE NO. CV 06-7550 ABC (PJWX)